

FILED

02/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0437

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0437

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MICHAEL C. MITCHELL,

    Defendant and Appellant.

ORDER

FILED

FEB - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On August 11, 2023, Appellant Michael C. Mitchell filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that transcripts had been ordered "or are in the process of being ordered" in accordance with M. R. App. P. 8(3). On September 8, 2023, the District Court record, aside from transcripts, was filed in this Court. To date, no transcripts have been filed.

On November 15, 2023, having received no transcripts nor requests for extension of time, this Court ordered Appellant to file a report on the status of this appeal on or before December 15, 2023. Appellant has not filed a status report nor have any other filings been made in this appeal.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant and to all counsel of record.

DATED this 6 day of February, 2024.

_____
Chief Justice

_____

_____

_____
Justices